# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0828

VERSUS

CHADRICK CARTER

**NOVEMBER 26, 2025**

---

In Re:     Chadrick Carter, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           02-08-0161.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT DENIED.**

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT